194 So. 890

### Ode A. OSBORN v. STATE.

### 4 Div. 130.

Supreme Court of Alabama.

March 14, 1940.

L. C. Rowell, of Elba, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

PER CURIAM.

Petition of Ode A. Osborn for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Osborn v. State, 194 So. 891.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

193 So. 882

### C. N. ROWAN et al. v. The ATTALLA BANK.

### 7 Div. 582.

Supreme Court of Alabama.

Jan. 11, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.

193 So. 882

### ST. PAUL MERCURY & INDEMNITY CO. v. Willie HARDY.

### 6 Div. 516.

Supreme Court of Alabama.

Jan. 11, 1940.

Lange, Simpson, Brantley & Robinson, of Birmingham, for appellant.

Wm. B. McCollough and Crampton Harris, both of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

193 So. 882

### Ex parte Frank T. SHERRILL et al.

### 6 Div. 627.

Supreme Court of Alabama.

Jan. 12, 1940.

Griffith & Entrekin and H. H. Kinney, all of Cullman, for petitioner.

PER CURIAM.

Rule nisi denied.